IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANTE MCKNIGHT,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   23-3239 |
| | : | |
| **CHERYL STEBERGER,** *et al.*, | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 26th day of October 2023, upon consideration of Dante McKnight's pro se Second Amended Complaint (DI 12), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Mr. McKnight's Second Amended Complaint is **DISMISSED WITH PREJUDICE** as pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Motion to Add Nicole Kennedy as a Witness (DI 10) is **DENIED**.

3. The Motion for Appointment of Counsel (DI 11) is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

_____
MURPHY, J.